John ROSSO, Appellant, v. A. C. ADER-
HOLD, Warden, United States Peniten-
tiary, Atlanta, Georgia, Appellee.

No. 6219.

Circuit Court of Appeals, Fifth Circuit.
Oct. 21, 1931.

Clint W. Hager, U. S. Atty., and Hal.
Lindsay, Asst. U. S. Atty., both of Atlanta,
Ga., for appellee.

Before BRYAN, HUTCHESON and
WALKER, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

Edgar SANCHEZ, Appellant, v. UNITED
STATES of America, Appellee.

No. 6011.

Circuit Court of Appeals, Fifth Circuit.
Oct. 27, 1931.

Julian C. Ryer, of New York City, for
appellant.

Chas. L. Redding, U. S. Atty., of Savan-
nah, Ga.

Before BRYAN, HUTCHESON, and
WALKER, Circuit Judges.

PER CURIAM.

The appellant, Sanchez, was convicted and
sentenced for smuggling, as charged in the
second count of the indictment, and for
fraudulently and knowingly receiving after
importation, as charged in the sixth count,
continuously over a period of more than a
year, 20,000 quarts of intoxicating liquors,
with intent to defraud the United States of
its customs revenue. Error is assigned on an
order overruling a demurrer to each count, on
the ground of indefiniteness and of insuffi-
ciency in law.

The same form of indictment was held bad
on demurrer by this court in Curtis v. United
States, 38 F.(2d) 450. Upon the authority of
that case, the judgment is reversed.

SEABOARD SMALL LOAN CORPORATION,
Appellant, v. John Thomas DURHAM,
Appellee.

No. 3229.

Circuit Court of Appeals, Fourth Circuit.
Oct. 20, 1931.

W. Warren Dickerson, of Roanoke, Va.,
for appellant.

L. Bradford Waters, of Lynchburg, Va.,
for appellee.

Before PARKER and NORTHCOTT,
Circuit Judges, and McCLINTIC, District
Judge.

PER CURIAM.

This is an appeal from an order in bank-
ruptcy, entered in the District Court of the
United States for the Western District of
Virginia, at Lynchburg, granting a discharge
to appellee, John Thomas Durham.

The judge below entered the order after
the matter was referred to the special master
and upon consideration of exceptions to the
report of the special master recommending
that the bankrupt be granted his discharge.
An examination of the record leads us to the
conclusion that the report of the special mas-
ter and the order of the judge below were
proper and in accordance with the evidence in
the case. The order is accordingly affirmed,
with costs against the appellant.

Affirmed.